WMR

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 0 1 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* CJm. MR. Peter Lublin, Registered Agent

was received by me on *(date)* _____

CJm

☑ I personally served the summons on the individual at *(place)* 3145 Avalon Ridge place, Suite 100, Peachtree Corners GA. 30071 on *(date)* 8-23-2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or   White male, short grey hair, Approximate 5'6"

☑ I served the summons on *(name of individual)* MR. Peter Lublin, Attorney at Law , who is

designated by law to accept service of process on behalf of *(name of organization)* Rubin Lublin LLC on *(date)* 08-23-2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 50.⁰⁰ for travel and $ -0- for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 08-23-2021

_____
Server's signature

Collucci J. Myers
Printed name and title

12661 Simmons Road
Hampton, GA 30228
404-987-9861   Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |  |
|---|---|---|
| _Keith Thomas_ | ) | |
| _Plaintiff(s)_ | ) | |
| | ) | Civil Action No. **1:21-CV-3369** |
| v. | ) | |
| _Bank of America, N.A. a/k/a BAC Home Loans Servicing, LLP, a/k/a Countrywide Home Loan Servicing, LLP, a/k/a Bank of America Corp._ et al | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Rubin Lublin, LLC , By and Through their Registered Agent, Peter Lublin
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Thomas
P.O. Box 960242
Riverdale GA 30296

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
_CLERK OF COURT_

Date:  __AUG 1 8 2021__                          _____
                                                _Signature of Clerk or Deputy Clerk_