AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 01 2021

KEVIN P. WEIMER, Clerk
By: _____

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Wolters Kluwer, Intake Specialist CT Corporation, who is designated by law to accept service of process on behalf of *(name of organization)* McGuire Woods LLP
on *(date)* 08-23-2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ -0- for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 08-23-2021

*Server's signature*

Collucci J. Myers
*Printed name and title*

12661 Simmons Rd
Hampton, GA 30228
404-987-9861
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Keith Thomas
_____
Plaintiff(s)

v.

Bank of America, NA., a/k/a BAC Home Loans Servicing, LP. a/k/a Countrywide Home Loans Servicing, LP a/k/a Bank of America Corporation, et al
_____
Defendant(s)

Civil Action No. 1:21-CV-3369

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

McGuire Woods, LLP By and Through Their Registered Agent
CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Thomas
P.O. Box 960242
Riverdale, GA 30296

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
CLERK OF COURT

Date: AUG 18 2021

_____
Signature of Clerk or Deputy Clerk