IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03369-WMR |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW Defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, which is formerly known as Countrywide Home Loans Servicing, LP[1] ("BANA"), Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), Defendant MERSCORP Holdings, Inc.[2] ("MERSCORP"), and Defendant McGuireWoods LLP ("McGuireWoods") (collectively "Defendants"), by and through the undersigned counsel, and hereby

---

[1] As of July 1, 2011, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, L.P. no longer exists as a legal entity, as it merged with and into Bank of America, N.A.

[2] Plaintiff erroneously names "Mortgage Electronic Registration Systems, Inc. a/k/a MERSCORP, Inc." as a Defendant. However, Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc. (f/k/a MERSCORP Inc.) are separate entities and each will respond in its own capacity.

1

files this Motion to Dismiss Plaintiff Keith Thomas' "COMPLAINT FOR DAMAGES JURY TRIAL DEMAND" ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) for Defendants to state a claim upon which relief may be granted. In support of this Motion, Defendants incorporate the Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request that the Court grant the Motion to Dismiss and dismiss this lawsuit with prejudice.

This 10th day of September, 2021.

/s/ Allison G. Rhadans
Allison G. Rhadans
Georgia Bar No.940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
(404) 443-5677  (Facsimile)
ARhadans@mcguirewoods.com
*Attorney for Defendant Bank of America, N.A., Defendant Mortgage Electronic Registration Systems, Inc., Defendant MERSCORP Holdings, Inc., and Defendant McGuireWoods LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.  1:21-cv-03369-WMR |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on the undersigned date, I electronically filed the foregoing ***DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT*** with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to counsel of record, and served a true and correct copy of same on the undersigned individual(s) via First-Class Mail, postage prepaid, addressed to:

Keith Thomas
Post Office Box 960242
Riverdale, Georgia 30296
*Plaintiff, Pro Se*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

3

This 10th day of September, 2021.

        /s/ Allison Rhadans
        Allison Rhadans
        Georgia Bar No. 940557
        McGuireWoods LLP
        1230 Peachtree Street, NE
        Promenade II, Suite 2100
        Atlanta, Georgia 30309-3534
        (404) 443-5700 (Telephone)
        ARhadans@mcguirewoods.com
        *Attorneys for Defendant Bank of America, N.A., Defendant Mortgage Electronic Registration Systems, Inc., Defendant MERSCORP Holdings, Inc., and Defendant McGuireWoods LLP*