IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03369-WMR |

## ORDER STAYING PRETRIAL DEADLINES AND DISCOVERY

THIS MATTER is before the Court on the Motion to Stay Pretrial Deadlines and Discovery filed by Defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, which is formerly known as Countrywide Home Loans Servicing, LP[1] ("BANA"), Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), Defendant MERSCORP Holdings, Inc.[2] ("MERSCORP"), and Defendant McGuireWoods LLP ("McGuireWoods") (collectively "Defendants").

---

[1] As of July 1, 2011, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, L.P. no longer exists as a legal entity, as it merged with and into Bank of America, N.A.

[2] Plaintiff erroneously names "Mortgage Electronic Registration Systems, Inc. a/k/a

Upon consideration of the Motion to Stay Pretrial Deadlines and Discovery, and the arguments contained in the accompanying Memorandum of Law, the Court finds that there is sufficient evidence and just cause for the Court to stay pretrial deadlines and discovery while the Court considers Defendants' Motion to Dismiss.

Accordingly, it is hereby:

ORDERED that Defendants' Motion to Stay Pretrial Deadlines and Discovery is GRANTED, staying the commencement of the discovery period and the parties' obligations to comply with the deadlines for conducting the Rule 26(f) conference, filing initial disclosures, and filing a preliminary report and discovery plan.

It is furthermore ORDERED that should the Court later deny Defendants' Motion to Dismiss, the parties shall comply with all preliminary mandates of the federal and local rules within thirty (30) days of the Court's Order denying said motion.

**SO ORDERED**, this 13th day of September, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

MERSCORP, Inc." as a Defendant. However, Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc. (f/k/a MERSCORP Inc.) are separate entities and each will respond in its own capacity.

Prepared and presented by:

/s/ Allison G. Rhadans
Allison G. Rhadans
Georgia Bar No.940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
(404) 443-5677  (Facsimile)
ARhadans@mcguirewoods.com
*Attorney for Defendant Bank of America, N.A., Defendant Mortgage Electronic Registration Systems, Inc., Defendant MERSCORP Holdings, Inc., and Defendant McGuireWoods LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., et al., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION FILE <br> NO. 1:21-cv-03369-WMR |

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on the undersigned date, I electronically filed the foregoing ***[PROPOSED] ORDER STAYING PRETRIAL DEADLINES AND DISCOVERY*** with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to counsel of record, and served a true and correct copy of same on the undersigned individual(s) via First-Class Mail, postage prepaid, addressed to:

Keith Thomas
Post Office Box 960242
Riverdale, Georgia 30296
*Plaintiff, Pro Se*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

4

This 10th day of September, 2021.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A., Defendant Mortgage Electronic Registration Systems, Inc., Defendant MERSCORP Holdings, Inc., and Defendant McGuireWoods LLP*