IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, LLP a/k/a COUNTRYWIDE HOME LOANS SERVICING, LLP a/k/a BANK OF AMERICA CORP.; RUBIN LUBLIN, LLC; MCGUIRE WOODS, LLP; NORTHSTAR MORTGAGE GROUP, LLC; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a/k/a MERSCORP HOLDINGS, INC., collectively known as "MERS",<br><br>    Defendants. | Case No. 1:21-cv-03369-WMR |

## **RUBIN LUBLIN, LLC'S MOTION TO DISMISS**

COME NOW, Rubin Lublin, LLC ("RL"), one of the Defendants in the above-styled action, pursuant to Fed. R. Civ. P. 12(b)(6), and move this Court for an Order dismissing the Complaint [Doc. 1] for failure to state a claim upon which relief can be granted. In support of its Motion, RL is contemporaneously filing its Memorandum of Law in Support of its Motion to Dismiss.

1

WHEREFORE, RL respectfully prays for relief as follows:

1) That this Court grant its Motion to Dismiss upon a finding that the Complaint fails to state a claim upon which relief can be granted; and

2) For such other relief that this Court deems just and proper.

Respectfully submitted, this 13th day of September, 2021.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)
>**RUBIN LUBLIN, LLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 30071
>(678) 281-2730 (Telephone)
>(470) 508-9203 (Facsimile)
>bchaness@rlselaw.com
>
>*Attorney for Rubin Lublin, LLC*

## FONT CERTIFICATION

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

Respectfully submitted, this 13th day of September, 2021.

                                          */s/ Bret J. Chaness*
                                          BRET J. CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 13th day of September, 2021, served all parties in this matter with the within and foregoing via CM/ECF (registered users only) and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Keith Thomas
P.O. Box 960242
Riverdale, GA 30296

                                        */s/ Bret J. Chaness*
                                        BRET J. CHANESS (GA Bar No. 720572)