IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Keith Thomas**, <br><br> Plaintiff, <br><br> v. <br><br><br> **Bank of America, N.A., et al.** <br><br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-3369-WMR |

# NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motions to Dismiss [Docs 10 and 12] and Motion to Disqualify Counsel [Doc 18] in this case for Thursday, March 3, 2022 at 3:00 p.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** is below:

| | |
|---|---|
| Link: | https://ganduscourts.zoomgov.com/j/1605731897 |
| Meeting ID: | 160 573 1897 |
| Password: | 1705 |
| Audio via phone: | 1 646 828 7666 |

If any party wishes for the hearing to occur live in the courtroom with all counsel present, they may petition the Court within ten (10) days of the date of this Notice of Hearing; otherwise, the Court will proceed with ZOOM VIDEO hearing.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to:** [sherri_lundy@gand.uscourts.gov](mailto:sherri_lundy@gand.uscourts.gov).

SO ORDERED, this 20th day of December, 2021.

_William M. Ray, II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE