IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Keith Thomas**, <br><br> Plaintiff, <br><br> v. <br><br><br> **Bank of America, N.A., et al.** <br><br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-3369-WMR |

## NOTICE OF LIVE HEARING

Notice is hereby given that the Court reschedules the hearing originally noticed to take place in this case on March 28, 2022 at 1:30 p.m. via zoom video on the Motions to Dismiss [Docs 10 and 12] Motion to Disqualify Counsel [Doc 18], and Motion for Leave to add Party [Doc 29] to now be a **LIVE HEARING** to be conducted **in person** in Courtroom 1705 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

So ORDERED this 23rd day of March, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 25th day of February, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE