# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-03369-WMR**
**Thomas v. Bank of America, N.A. et al**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 03/28/2022.

TIME COURT COMMENCED: 1:45 P.M.
TIME COURT CONCLUDED: 3:00 P.M.    COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:15                DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bret Chaness representing Rubin Lublin, LLC. <br> Allison Rhadans representing Bank of America, N.A. <br> Allison Rhadans representing McGuire Woods, LLP <br> Allison Rhadans representing Mortgage Electronic Registration Systems, Inc. <br> Keith Thomas appearing Pro Se |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court heard from counsel and will grant Plaintiff's unopposed motion to consolidate. Defendants' proposed order is due within 10 days of today's date. The Court will issue an order dismiss these cases on multiple grounds including collateral estoppel, statute of limitations, and res judicada. |
| HEARING STATUS: | Hearing Concluded |