IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | CIVIL ACTION NOS.<br>1:21-cv-03369-WMR<br>1:22-cv-00272-WMR |

**ORDER**

On March 28, 2022, the Court held hearings in No. 1:21-cv-03369-WMR and No. 1:22-cv-00272-WMR. During the hearings, and without objection, the Court ordered that the actions be consolidated. The Clerk is therefore **DIRECTED** to consolidate the two actions and to administratively close No. 1:22-cv-00272-WMR.

Also during the hearing, counsel for Defendants raised the possibility of the Court issuing an injunction to prevent Mr. Thomas from filing similar future litigation in this Court under its inherent power to manage its docket and/or Rule 11. Defendants are **ORDERED**, within 10 days from the filing of this order, to move for the Court to issue such an injunction and/or to brief whether the Court has the authority to *sua sponte* issue such an injunction. Defendants' filing shall be limited to 15 pages and shall address the scope of such an injunction. Mr. Thomas is

**ORDERED** to respond within 10 days of service of Defendants' filing. Mr. Thomas's response shall also be limited to 15 pages.

Finally, during the hearing, as well as in his briefing before the Court, Mr. Thomas appeared to challenge this Court's judgments in his prior actions. To the extent Mr. Thomas wishes to challenge those prior judgments under Rule 60(b), Mr. Thomas is **DIRECTED** to file a Rule 60(b) motion in those prior actions. In the event Mr. Thomas does file such a motion, he is **ORDERED** to effect service of the motion in compliance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**, this 29th day of March, 2022.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE