IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:21-cv-03369-WMR |

## ORDER

On March 29, 2022, the Court ordered Defendants to brief whether the Court has the authority to *sua sponte* issue an injunction to prevent Keith Thomas from filing similar future litigation in this Court under Rule 11 and/or its inherent power to manage its docket. [Doc. 43.] The Court also ordered Mr. Thomas to respond to Defendants' filing. [*Id.*]

On April 6, 2022, Defendants filed a brief in compliance with the Court's order. [Doc. 55.] In their brief, Defendants note that "[b]efore a court can impose sanctions *sua sponte*," it must issue "a 'show cause' order to provide notice and an opportunity to be heard." [*Id.* at 4 (citing *Kaplan v. DaimlerChrysler, A.G.*, 331 F.3d 1251, 1255 (11th Cir. 2003)).] Accordingly, in his response to Defendants' filing, Mr. Thomas is **ORDERED** to show cause why the Court should not enjoin

him from filing similar future litigation in this Court under Rule 11 and/or its inherent power to manage its docket. Mr. Thomas's response shall be filed within 10 days of service of this order (a brief extension of the Court's earlier deadline) and shall be limited to 15 pages.

**IT IS SO ORDERED**, this 7th day of April, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE