IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEITH THOMAS,

    Plaintiff,

                                                       Civil Action Nos.
                                                     1:21-cv-03369-WMR
                                                     1:22- cv-00272-WMR

v.

BANK OF AMERICA, N.A. et al,.

    Defendants.

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF HIS MOTION TO SET ASIDE OR VACATE THE COURT'S ORDER OF DISMISSAL

Now comes Keith Thomas, plaintiff do hereby withdraw his prematurely filed motion for the Court to set-aside or vacate his Order of Dismissal for cause in the above action that was prematurely filed on 29 March, 2022.

Respectfully submitted on this 15th day of April, 2022.

_Keith Thomas_
Keith Thomas, plaintiff
P.O. Box 960242
Riverdale, GA 30296
404-838-0394

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document has

been forwarded to the defendants at:

| | |
|---|---|
| Rubin Lublin, LLC | McGuire Woods, LLP |
| 3145 Avalon Ridge, PL | 1230 Peachtree St. N.E. |
| Suite 100 | Suite 2100 |
| Peachtree Corners, GA 30071 | Atlanta, GA 30309-3534 |

Within properly addressed envelopes with 1st Class U.S. postage affixed on

this 15th day of April, 2022.

*/s/ Keith Thomas*
Keith Thomas
P.O. Box 960242
Riverdale, GA 30296