UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>     Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-03369-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 11th day of May, 2022.

                KEVIN P. WEIMER
                CLERK OF COURT


            By:  s/ T. Schoolcraft
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 11, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ T. Schoolcraft
    Deputy Clerk